## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Michael A. Hammer |
| | : | |
| | : | Mag. No. 19-4484 |
| v. | : | |
| | : | **CRIMINAL COMPLAINT** |
| AMIR FRANKS | : | |
| | : | |
| | : | |

I, Ronald Pascale, Jr., being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and that this complaint is based on the following facts:

### SEE ATTACHMENT B

Continued on the attached page and made a part hereof:

_____
Special Agent Ronald Pascale, Jr.
FBI

Sworn to before me and subscribed in my presence,
December 23, 2019 in Newark, New Jersey

HONORABLE MICHAEL A. HAMMER                _____
UNITED STATES MAGISTRATE JUDGE              Signature of Judicial Officer

## ATTACHMENT A

### COUNT ONE
(Possession with the Intent to Distribute Narcotics)

On or about November 4, 2019, in Essex County, in the District of New Jersey and elsewhere, the defendant,

### AMIR FRANKS

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance and a quantity of a mixture and substance containing a detectable amount of Alprazolam, a Schedule IV controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO
(Possession of a Firearm by a Convicted Felon)

On or about November 4, 2019, in Essex County, in the District of New Jersey and elsewhere, the defendant,

## AMIR FRANKS

knowing that he had previously been convicted in a court of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a loaded firearm, namely: a KEL TEC 9mm semi-automatic firearm, bearing serial number RVM31 which was loaded with seven rounds of ball point ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT THREE
(Possession of a Firearm in Furtherance of a
Drug Trafficking Crime)

On or about November 4, 2019, in Essex County, in the District of New Jersey and elsewhere, the defendant,

## AMIR FRANKS

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the possession with intent to distribute marihuana, a schedule I controlled substance and possession with the intent to distribute Alprazolam, a schedule IV controlled substance as charged in Count One, did knowingly possess a firearm, namely: a KEL TEC 9mm semi-automatic firearm, bearing serial number RVM31, which was loaded with seven rounds of ball point ammunition.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## ATTACHMENT B

I, Ronald Pascale, Jr., am a Special Agent with the FBI. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and photographs of the evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.    On or about November 4, 2019 at approximately 7:24 p.m. officers of the East Orange Police Department (collectively "the officers") responded to the area of 4th Avenue and 17th Street on a report of three males with a firearm. The caller advised the officers that the men were in grey hooded sweatshirts and were possibly robbing a store.

2.    Upon the officers arrival to the area, they observed a male who fit the clothing and physical description provided by the caller. The officers identified themselves and ordered this male, later identified as Amir Franks ("FRANKS"), to stop. FRANKS attempted to flee the scene on foot.

3.    After a brief foot chase, FRANKS was apprehended and placed under arrest. A search incident to arrest found FRANKS to be in possession of a black KEL TEC 9mm semi-automatic firearm, bearing serial number RVM31, which was loaded with seven rounds of ball point ammunition, in his waistband.

4.    FRANKS was transported to the East Orange Police Department for further processing. At the police department FRANKS was advised that he would have to be searched as part of the arrest process. At that time FRANKS became belligerent with the officers and made statements along the lines of, "Do you know who I am? I run 4th Ave.!" FRANKS also self-identified as a member of the "Holly Grove" set of the Bloods street gang. Based on my training and experience, I know this statement to be a reference to the drug trafficking territory that FRANKS was claiming ownership over. I am also aware that FRANKS would have to have a street gang affiliation in order to lay claim to any drug turf in the city of East Orange.

5.    Upon a further search of FRANKS, he was found to be in possession of a large clear plastic bag that contained seven smaller clear bags of suspected marihuana and ten pills of suspected Alprazolam, in his groin area. FRANKS was also found to be in possession of a black face mask and $554.00 of U.S. currency.

6.      The firearm was manufactured outside of the State of New Jersey, and thus moved in, and affected interstate commerce prior to November 4, 2019.

7.      Prior to November 4, 2019, FRANKS had at least one felony conviction in Superior Court, Essex County, including a conviction on or about October 7, 2019 for resisting arrest, an offense punishable by a term of imprisonment of more than one year.  As a result, FRANKS was sentenced to three years of probation and was on probation at the time of this offense.